Mary L. Wright, No. 142886
Oriet Cohen-Supple, No. 206781
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:    415.989.5900
Facsimile:     415.989.0932
mwright@cbmlaw.com
ocohen@cbmlaw.com

Attorneys for Defendant
INFONXX, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY SWEI, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>INFONXX, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, ,<br><br>        Defendants. | No. C 04-05508 CW<br><br>**STIPULATION OF DISMISSAL**<br><br>**[FRCP 41]** |

      Defendant InfoNXX, Inc. and Plaintiff Anthony Swei do hereby stipulate that:

    (1)    the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1); and

///

///

///

CBM-SF\SF262187.1

**STIPULATION OF DISMISSAL**

```
 1          (2)   each party bear its own costs and attorneys' fees.
 2      Dated: June 10, 2005
 3                                          INFONXX, INC.
 4
 5                                          By _____
 6                                               Scott DeNardo
 7      Dated: June 10, 2005
 8
 9                                          By _____
                                                 Anthony Swei
10
11                                          COBLENTZ, PATCH, DUFFY & BASS, LLP
12
13                                          By _____
                                                 William Orrick
14                                          Attorneys for Plaintiff Anthony Swei
15
16      Dated: June 10, 2005                CARROLL, BURDICK & McDONOUGH LLP
17
18                                          By _____
                                                 Mary E. Wright
19                                          Attorneys for Defendant InfoNXX, Inc.
20
21  IT IS SO ORDERED.
22      Dated:
                6/29/05
23
                                                    /s/ CLAUDIA WILKEN
24                                          _____
                                            Hon. Claudia Wilkens
25                                          Judge of the United States District Court
                                            For the Northern District of California
26
27
28
    CBM-SF\SF262187.1                  2
                                STIPULATION OF DISMISSAL
```

```
 1       (2)   each party bear its own costs and attorneys' fees.
 2   Dated: June 10, 2005
 3                                       INFONXX, INC.
 4
 5                                       By _____
 6                                              Scott DeNardo
     Dated: June 10, 2005
 7
 8                                       By _____
 9                                              Anthony Swei
10
11                                       COBLENTZ, PATCH, DUFFY & BASS, LLP
12
13                                       By _____
                                                William Orrick
14                                       Attorneys for Plaintiff Anthony Swei
15
16   Dated: June 10, 2005                CARROLL, BURDICK & McDONOUGH LLP
17
18                                       By _____
                                                Mary E. Wright
19                                       Attorneys for Defendant InfoNXX, Inc.
20
21   IT IS SO ORDERED.
22       Dated:
23
24                                              _____
                                                Hon. Claudia Wilkens
25                                              Judge of the United States District Court
                                                For the Northern District of California
26
27
28
```

CBM-SF\SF262187.1                               2

**STIPULATION OF DISMISSAL**